UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

MOUSTAPHA MAGASSOUBA
            Plaintiff,

2023 CIVIL. 3686[GHW][ ]

NOTICE OF MOTION
PURSUANT TO RULE 33, 33.3
INTERROGATORIES

-V-

THE CITY OF NEW YORK, NEW YORK
POLICE DEPARTMENT, Detc. CARATO,
JANET DIFIORE, ADRIENNE M. CHAPOULIE,
PATRICIA LUPI, JOHN DOE ATTY,
JOHN DOE ATTY, JOHN DOE,
ASSISTANT DISTRICT ATTY.
            Et al Defendants,
_____x

*Motion is denied as premature. Defendants have not all been served and there has not yet been an initial conference.*

*So Ordered.*
*5/15/23*

To: Honorable Gregory H. Woods

PLEASE TAKE NOTICE that, upon the annexed Motion pursuant to Rules 33 and 33.3, for interrogatories to discover the names of witnesses and Defendants who have information about these Incidents and the existence of documents relating to the case, Plaintiff Moustapha Magassouba move this Court in this 10th days of May 2023, at the Court House of Southern District, United State District Court of New York, New York 10007, for an order granting the Attached Motion under Rules 33 and 33.3.

Dated: New York, New York
      May 10, 2023

Submitted by Plaintiff Pro se.

Moustapha Magassouba
128 West 128 Street Apt 4G
New York, New York 10027
T: 347)358-6185