UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAGASSOUBA,<br><br>                          Plaintiff,<br><br>      -against-<br><br>THEY CITY OF NEW YORK ET. AL.,<br><br>                          Defendants. | 23-CV-03686 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

      Plaintiff brings this pro se Action under 42 U.S.C. §§ 1983 and 1985, and state law, claiming, inter alia, false arrest, malicious prosecution, and abuse of process. (Dkt. No. 1.)

      Plaintiff names three John Doe Defendants in his Complaint. Under *Valentin v. Dinkins*, a pro se litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the Complaint, Plaintiff supplies sufficient information to permit the Counsel for Defendants to identify the three John Doe Defendants. It is therefore ordered that Counsel for Defendants must ascertain the identities of the three John Doe individuals whom Plaintiff seeks to sue here and the addresses where the John Doe Defendants may be served. Counsel for Defendants must provide this information to Plaintiff and the Court within thirty days of the date of this order.

      Within thirty days of receiving this information, Plaintiff must file an amended complaint with the full names of the John Doe Defendants. The amended complaint will replace, not supplement, the original complaint.

SO ORDERED.

Dated:   October 10, 2023
            White Plains, New York

                                                                KENNETH M. KARAS

_____<br>
United States District Judge