UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

**MOUSTAPHA MAGASSOUBA**
        Plaintiff,

2023 CIVIL. 3686[KMK]

**MOTION FOR AN EXTENTION OF TIME**

-V-
**THE CITY OF NEW YORK, NEW YORK,
THE WHITE PLAINS CITY WESTCHESTER NY,
JANET DIFIORE, ADRIENNE M. CHAPOULIE,
NEW YORK CITY POLICE DEPARTMENT,
WHITE PLAINS CITY POLICE DEPARTMENT,
Detective R. CAIATI, PATRICIA LUPI,
JOHN DOE ATTY, JOHN DOE ATTY,
JOHN DOE, ASSISTANT DISTRICT ATTY.
        Et al Defendants,**
_____x

    The Plaintiff Moustapha Magassouba, Pro-se hereby respectfully submits this Motion Under Rule 6 Fed. R. Civ. P, for an extension of time to file his Opposition and Objection to the New York City Defendants' February 6, 2024, Memorandum of Law.

    The Plaintiff received the New York City Defendants' February 6, 2024, Memorandum of Law on February 8, 2024, Plaintiff need more time to review the motion, and he is respectfully requesting for 28 days times From February 9, 2024, to March 7, 2024, for Plaintiff to answer the Defendants' Rule 12(c) motion.

    The Plaintiff has not requested for an extension of time before regarding the answer to this Memorandum of Law.

    In the light of this reason the Plaintiff respectfully requests the Honorable Court to grant this motion and extend the time so he can file his Opposition and Objection to the New York City Defendants motion.

    Dated: New York, New York

February 9, 2024

Submitted by Plaintiff Pro se

*Moustapha* (signature)

Moustapha Magassouba
128 West 128 Street Apt 4G
New York, New York 10027
T: 347)358-6185
Email: magassouba767@yahoo.com

Granted, but there will be no more such extensions. The Clerk is asked to mail a copy of this document to Plaintiff.

So Ordered.

2/14/24

## CERTIFICATE OF SERVICE

I the Plaintiff Moustapha Magassouba, hereby certify that on February 9, 2024, I served the copy of Motion for an Extension of time to reply to the NYC Defendants' Memorandum of Law and, to the Defense Attorneys, Nicolette Pellegrino, Senior Counsel, Attorney for the Defendant, City of New York, 100 Church Street, New York, New York 10007; by U.S.PS Mail.

Dated: New York, New York
February 9, 2024

Respectfully by the Plaintiff

*[signature]*

MOUSTAPHA MAGASSOUBA
128 West 128 Street, Apt 4G
New York, New York 10027
Tel: 3473586185