**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MOUSTAPHA MAGASSOUBA,

                      Plaintiff,

    -against-                                    23 **CIVIL** 3686 (KMK)

                                                    **JUDGMENT**

THE CITY OF NEW YORK, et al.,

                      Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 3, 2025, the Defendants' Motions are granted in full. Plaintiff's claims are dismissed with prejudice, as Plaintiff has already had the opportunity to file two complaints. See Denny v. Barber, 576 F.2d 465, 471 (2d Cir. 1978) (holding that the plaintiff was not entitled to "a third go-around"); see also Bryant v. Capra, No. 18-CV-10198, 2021 WL 323263, at *5 (S.D.N.Y. Feb. 1, 2021) (dismissing the plaintiff's claims with prejudice where it was "the second time adjudicating his claims, and [the p]laintiff ha[d] not fixed the problems identified by the Court in" a prior opinion); Melvin v. County of Westchester, No. 14-CV-2995, 2016 WL 1254394, at *24 n.19 (S.D.N.Y. Mar. 29, 2016) (granting a motion to dismiss with prejudice where "[the p]laintiff ha[d] already had two bites at the apple, and they ha[d] proven fruitless" (alteration adopted) (citation omitted)). Accordingly, the case is closed.

**Dated:**  New York, New York

March 4, 2025

                                                     **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

**BY:**  _____

                                                       **Deputy Clerk**